**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Dwayne Lee Rudd, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-000091

---

**ON WRIT OF CERTIORARI**

---

Appeal From Aiken County
J. Mark Hayes, II, Circuit Court Judge

---

Opinion No. 2021-UP-366
Submitted October 1, 2021 – Filed October 27, 2021

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Victor R Seeger, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and Assistant Attorney General Joshua Abraham Edwards, all of Columbia, for Respondent.

**PER CURIAM:** We granted Dwayne Rudd's petition for a writ of certiorari to review the post-conviction relief court's denial of relief based on the court's finding that his ineffective assistance of counsel claim was without merit. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.